**SEALED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-24201-WILLIAMS

FILED BY ___NJC___ D.C.

Jan 4, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

UNITED STATES OF AMERICA,
  *ex rel.*
AKW ENTERPRISES LLC,

  *Plaintiffs,*

v.

SHOW CIGARS, INC., *et. al.*,

  *Defendants.*

**FILED *EX PARTE*
AND UNDER SEAL
PURSUANT TO
31 U.S.C. § 3730 (b)(2)**

**UNITED STATES OF AMERICA'S AGREED *EX PARTE* FIRST APPLICATION
FOR 180-DAY EXTENSION OF TIME TO CONSIDER ELECTION TO
INTERVENE**

Pursuant to the applicable provisions of the False Claims Act, 31 U.S.C. § 3730(b)(3), the United States of America respectfully requests that the Court extend the time for a period of 180 days, up to and including **July 12, 2021,** during which the *Qui Tam* Complaint in this action remains under seal and in which the United States may elect to intervene. The current intervention deadline falls on January 11, 2021. This is the United States' first application for an extension of time in this matter. Relator, AKW Enterprises, LLC concurs with this request.

As set forth in the accompanying memorandum the United States is investigating the allegations detailed in Relator's *Qui Tam* Complaint.[1] The extension requested will enable

---

[1] While the United States has served this First Application for Extension and proposed Order on the Relator, the Memorandum in Support has not been served on the Relator, due to the sensitive and privileged nature of the Memorandum. Section 3730(b)(3) of Title 31 expressly permits *in camera* submissions in support of the Government's requests for extensions of time to keep the matter under seal, while the Government decides whether to intervene.

the United States to continue with its investigation. The additional time is necessary to complete the investigation and assess the allegations the Relator makes in the *Qui Tam* complaint.

WHEREFORE, the United States respectfully requests this Court to enter the attached proposed Order, granting an additional 180 days until July 12, 2021 to notify the Court of its decision whether to intervene in the above-captioned *qui tam* action, unless extended by subsequent Order, in accordance with 31 U.S.C. § 3730(b)(4), and to keep the Relator's *Qui Tam* Complaint and all documents filed in this case under seal.

## **LOCAL RULE 7.1 CERTIFICATE OF GOOD FAITH CONFERENCE**

The undersigned Assistant United States Attorneys, counsel for the applicant, United States, hereby certifies that on December 15, 2020, the Government conferred with the Relator and its counsel, and is authorized to represent that the Relator agrees to all of the relief requested in this application.

| | |
|---|---|
| Dated: January 4, 2021 | Respectfully submitted, |
| **JEFFREY BOSSERT CLARK**<br>**ACTING ASSISTANT ATTORNEY**<br>**GENERAL** | **ARIANA FAJARDO-ORSHAN**<br>**UNITED STATES ATTORNEY** |
| **JAMIE ANN YAVELBERG**<br>**COLIN HUNTLEY**<br>**SARAH E. LOUCKS**<br>**Trial Attorneys**<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 261, Ben Franklin Station<br>Washington, DC 20044<br><br>Tel.: 202-616-2921<br><br>Email: Sarah.E.Loucks@usdoj.gov<br><br>*Counsel for the United States of America* | **Miriam L. Alinikoff**<br>  Fla. Bar No.: A5502701<br>  Tel.: 305.961.9331<br>**James A. Weinkle**<br>  Fla. Bar No.: 0710891<br>  Tel: 305.961.9290<br>**Assistant United States Attorneys**<br>99 N.E. 4th Street, Suite 300<br>Miami, Florida 33132<br><br>Email: Miriam.Alinikoff@usdoj.gov<br>Email: James.Weinkle@usdoj.gov<br><br>*Counsel for the United States of America* |

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on January 4, 2021, a copy of the foregoing United States' Motion for Extension of the Seal and Intervention Deadline, was filed under seal and served by email upon all parties on the attached Service List.

**Pursuant to 31 U.S.C. § 3730(b)(2), no service was made upon the Defendants because this case is still under seal.**

By: /s Miriam L. Alinikoff
**Miriam L. Alinikoff**
**Assistant United States Attorney**

## SERVICE LIST

*United States of America, ex rel. AKW Enterprises LLC v. Show Cigars, Inc. et al.*
**CASE NO.: 20-CV-24201-WILLIAMS**
United States District Court, Southern District of Florida

| | |
|---|---|
| **Miriam L. Alinikoff**<br>**James A. Weinkle**<br>**Assistant United States Attorney**<br>**Office of the United States Attorney**<br>**Southern District of Florida**<br>99 N.E. 4th Street, Third Floor<br>Miami, FL 33132<br><br>Email: Miriam.Alinikoff@usdoj.gov<br>Email: James.Weinkle@usdoj.gov<br><br>Tel.: 305.961.9331<br>Tel.: 305.961.9290<br><br>*Counsel for the United States of America* | **Sarah E. Loucks**<br>**Trial Attorney**<br>U.S. Department of Justice<br>Civil Division<br>P.O. Box 261, Ben Franklin Station<br>Washington, DC 20044<br><br>Email: Sarah.E.Loucks@usdoj.gov<br><br>Tel.: 202.616.2921<br><br><br><br><br>*Counsel for the United States of America* |
| **Darth M. Newman, Esq.**<br>The Law Offices of Darth M. Newman LLC<br>1140 Thorn Run Rd, #601<br>Coraopolis, PA 15108<br><br>Email: Darth@dnewmanlaw.com<br><br>Tel.: 412.436.3443<br><br>*Counsel for Relator AKW Enterprises LLC* | **Jonathan Kroner, Esq.**<br>Jonathan Kroner Law Office<br>300 S. Biscayne Blvd., Suite 3710<br>Miami, Florida 33131<br><br>Email: JK@FloridaFalseClaim.com<br><br>Tel.: 305.310.6046<br><br>*Counsel for Relator AKW Enterprises LLC* |