**U.S. Department of Justice**
United States Marshals Service



# REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS PURSUANT TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM A

**LETTER ROGATORY**[1]

**1** REQUESTING JUDICIAL OR OTHER ADJUDICATORY AUTHORITY
Name: United States District Court for SDFL
Address: 400 North Miami Avenue, Miami, FL 33128

**2** CASE: US ex rel. AKW Enterprises v. Show Cigars et al.
DOCKET No.: 20-cv-24201

**3** CENTRAL AUTHORITY OF THE STATE OF ORIGIN
Name: ABCLegal
Address: 633 Yesler Way Seattle, WA 98104

**4** CENTRAL AUTHORITY OF THE STATE OF DESTINATION
Name: Ministeiro De Relaciones Exteriores
Address: Zona Postal San Felipe, Calle 3 Palacio Bolivar Edificio 26 Panama 4 Panama

**5** REQUESTING PARTY
Name: AKW Enterprises, LLC
Address: 30 N. Gould St, Ste R, Sheridan, WY 82801

**6** COUNSEL TO THE REQUESTING PARTY
Name: Darth M. Newman, Esq.
Address: 1140 Thorn Run Rd, #601, Coraopolis, PA 15108

**PERSON DESIGNATED TO ACT IN CONNECTION WITH THE LETTER ROGATORY**
Name: ABC Legal
Address: 633 Yesler Way Seattle, WA 98104

Is this person responsible for costs and expenses?
YES ☐    NO ☒

* If not, check in the amount of _____ is attached
* Or proof of payment is attached

---

1 Complete the original and two copies of this form; if A(l) is applicable, attach the original and two copies of the translation of this item in the language of the State of destination.
* Delete if inapplicable.

Form USM-272
Est. 1/89

-2-

The Central Authority signing this letter rogatory has the honor to transmit to you in triplicate the documents listed below and, in conformity with the Protocol to the Inter-American Convention on Letters Rogatory:

\* A. Requests their prompt service on:

Plataforma Arcoiris S.A.; c/o Resident Agent: Patton, Moreno & Asvat; Capital Plaza, 8th Floor; Roberto Motta Ave., Costa del Este, Panama

The undersigned authority requests that service be carried out in the following manner:

\* (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above-mentioned Convention; or

\* (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent; or

\* (3) If the person or the authorized agent of the entity to be served is not found, service shall be made in accordance with the law of the State of destination.

\* B. ~~Requests the delivery of the documents listed below to the following judicial or administrative authority:~~
Authority:

\* C. Requests the Central Authority of the State of destination to return to the Central Authority of the State of origin one copy of the documents listed below and attached to this letter rogatory, and an executed Certificate on the attached Form C.

Done at _____ this _____ date of _____ 20___

| Signature and stamp of the judicial or other adjudicatory authority of the State of origin | Signature and stamp of the Central Authority of the State of origin |
|---|---|

Title or other identification of each document to be delivered:

Summons and Complaint

(Attach additional pages, if necessary.)

\* Delete if inapplicable.

**ANNEX TO THE ADDITIONAL PROTOCOL TO THE INTER-AMERICAN CONVENTION ON LETTERS ROGATORY**

FORM B

ESSENTIAL INFORMATION FOR THE ADDRESSEE[1]

To (Name and address of the person being served)
Plataforma Arcoiris S.A.; C/O Resident Agent: Patton, Moreno & Asvat

Capital Plaza, 8th Floor; Roberto Motta Ave., Costa del Este, Panama

You are hereby informed that (Brief statement of nature of service)
A lawsuit has been filed against you in the Southern District of Florida, United States
alleging violations of the False Claims Act 31 U.S.C. § 3729 et seq.

A copy of the letter rogatory that gives rise to the service or delivery of these documents is attached to this document. This copy also contains essential information for you. Also attached are copies of the complaint or pleading initiating the action in which the letter rogatory was issued, of the documents attached to the complaint or pleading, and of any rulings that ordered the issuance of the letter rogatory.

**ADDITIONAL INFORMATION**
**I ***
**FOR SERVICE**

A. The document being served on you (original or copy) concerns the following:

False Claims Act lawsuit

B. The remedies sought or the amount in dispute is as follows:

Treble damages due to the United States, civil penalties, costs, and attorneys fees

C. By this service, you are requested:

Answer or otherwise respond to the Complaint

D. * In case of service on you as a defendant you can answer the complaint before the judicial or other adjudicatory authority specified in Form A, Box I (State place, date and hour):

United States District Court for the Southern District of Florida; 400 North Miami Avenue, Miami, FL 33128; 24 hour electronic filings accepted; due 21 days after service

* ~~You are being summoned to appear as:~~

---

[1] Complete the original and two copies of this form in the language of the State of origin and two copies in the language of the State of destination.
* Delete if inapplicable.

-4-

~~\*   If some other action is being requested of the person served, please describe:~~

_____
_____
_____

E. If you fail to comply, the consequences might be:
   A default judgment may be entered against you._____
_____
_____

F. You are hereby informed that a defense counsel appointed by the Court or the following legal aid societies are available to you at the place where the proceeding is pending.

   Name: _____
   Address:_____
           _____

The documents fisted in Part III are being furnished to you so that you may better understand and defend your interests.

**II \***
**~~FOR INFORMATION FROM JUDICIAL OR ADMINISTRATIVE AUTHORITY~~**

To:_____
_____
_____

(Name and address of the judicial or administrative authority)

You are respectfully requested to furnish the undersigned authority with the following information:
_____
_____
_____

The documents listed in Part III are being furnished to you to facilitate your reply.

_____
   \* Delete if inapplicable.

-4-

-5-

### III
### LIST OF ATTACHED DOCUMENTS

Summons
_____

Complaint
_____

_____

_____

_____

_____

(Attach additional pages if necessary.)

Done at _____ this _____ day

of _____ 20_____

_____   _____
Signature and stamp of the                         Signature and stamp of
judicial or other adjudicatory                      the Central Authority
authority of the State of Origin                    of the State of Origin

.

# ANNEX TO THE ADDITIONAL PROTOCOL TO THE
# INTER-AMERICAN CONVENTION ON LETTERS ROGATORY

FORM C

CERTIFICATE OF EXECUTION[1]

To: _____
_____
_____

(Name and address of judicial or other adjudicatory
authority that issued the letter rogatory)

In conformity with the Additional Protocol to the Inter-American Convention on Letters Rogatory, signed at Montevideo on May 8, 1979, and in accordance with the attached original letter rogatory, the undersigned Central Authority has the honor to certify the following:

*   A. That one copy of the documents attached to this Certificate has been served or delivered as follows:

    Date: _____

    At (Address) _____

By one of the following methods authorized by the Convention.

*   (1) In accordance with the special procedure or additional formalities that are described below, as provided for in the second paragraph of Article 10 of the above-mentioned Convention, or

    _____
    _____
    _____

*   (2) By service personally on the identified addressee or, in the case of a legal entity, on its authorized agent, or

*   (3) If the person or the authorized agent of the entity to be served was not found, in accordance with the law of the State of destination: (Specify method used)

    _____

---

[1] Complete the original and one copy in the language of the State of destination.
* Delete if inapplicable.

-7-

\* B. That the documents referred to in the letter rogatory have been delivered to:

    Identity of person
    _____

    Relationship to the addressee _____
                                     (Family, business or other)

\* C. That the documents attached to the Certificate have not been served or delivered for the
    \*following reason(s):

    _____

\* D. In conformity with the Protocol, the party requesting execution of the letter rogatory is
    requested to pay the outstanding balance of costs in the amount indicated in the attached statement.

    Done at _____ the _____ day of _____ 20_____

    _____
            Signature and stamp of Central Authority of the State of destination

Where appropriate, attach originals or
copies of any additional documents proving
service or delivery, and identify them.

_____
   \* Delete if inapplicable.