UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-24201-CV-WILLIAMS

UNITED STATES OF AMERICA *ex rel.* AKW ENTERPRISES, LLC.,

    *Plaintiff,*

v.

SHOW CIGARS INC., *et al.*

    *Defendants.*

## [PROPOSED] ORDER

**THIS MATTER** is before the Court on the Plaintiff's Motion for Additional Time to Complete Service, for Permission to Effect Service by Mail, and to Issue Letters Rogatory (DE 42). For good cause shown, the Motion is Granted and is ORDERED AND ADJUDGED as follows:

1. On or before November 3, 2023, Plaintiff-Relator shall SERVE the Complaint (DE 1) on Defendants in accordance with all applicable laws and rules regarding service. Upon serving Defendants, Plaintiff-Relator shall file the appropriate proof of service on the docket.

2. The Clerk of Court is directed to MAIL SIGNATURE REQUIRED two copies of the Complaint and the respective Summons to each of the below defendants.

| Name | Address |
| --- | --- |
| Emimar S.A. | **Resident Agent (Panama):**<br><br>Patton, Moreno & Asvat<br>Capital Plaza, 8th Floor<br>Roberto Motta Ave.,<br>Costa del Este, Panama |

|  | **Principal Office Address (Dominican Republic):**<br><br>Zona Franca Especial de La Paloma<br>Calle Los Lindanos<br>Las Palomas, Licey<br>Santiago, Dominican Republic |
|---|---|
| Plataforma Arcoiris S.A. | **Resident Agent (Panama):**<br>Patton, Moreno & Asvat<br>Capital Plaza, 8th Floor<br>Roberto Motta Ave.,<br>Costa del Este, Panama<br><br>**Principal Office Address (Dominican Republic):**<br><br>Calle Santa Ana No. 28<br>Navarrete<br>Santiago, Dominican Republic |
| Durfort Holdings S.A. aka Durforth Holdings S.R.L | **Resident Agent (Panama)**<br>Arias, Fabrega & Gabrega<br>PH ARIFA<br>9th and 10th Floors<br>West Boulevard<br>Santa Maria Business District<br>Panama, Republic of Panama<br><br>**Principal Office Address (Panama)**<br><br>Plaza 2000 Building, 16th Floor<br>50th Street<br>Panama City, Panama |
| Alcedo Reyes Vargas | Calle Santa Ana No. 28<br>Navarrete<br>Santiago, Dominican Republic<br><br>-OR-<br><br>Zona Franca Especial de La Paloma<br>Calle Los Lindanos<br>Las Palomas, Licey<br>Santiago, Dominican Republic |

| Marlon Ivan Reyes Estevez | Calle Santa Ana No. 28<br>Navarrete<br>Santiago, Dominican Republic<br><br>-OR-<br><br>Zona Franca Especial de La Paloma<br>Calle Los Lindanos<br>Las Palomas, Licey<br>Santiago, Dominican Republic |

3. The Court shall issue Letters Rogatory for each of the above listed Defendants.

DONE AND ORDERED in Chambers in Miami, Florida on this __ day of ____, 2023.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE