UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-24201-CV-WILLIAMS

AKW ENTERPRISES, LLC,

    Plaintiff,

v.

SHOW CIGARS, INC., *et al.*,

    Defendants.

_____/

## NOTICE OF ISSUANCE OF LETTERS ROGATORY

**THIS MATTER** is before the Court *sua sponte*. Pursuant to the Court's order (DE 53), letters rogatory are issued for service of process in the above-captioned matter upon Defendants Durfort Holdings S.A., Emimar S.A., Plataforma Arcoiris S.A., Emilio Alcedo Reyes Vargas, and Marlon Ivan Reyes Estevez. The letters rogatory are attached as exhibits to this Notice.

    **SIGNED** in Chambers in Miami, Florida, this 26th day of May, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI, FLORIDA
UNITED STATES OF AMERICA