UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-24201-CV-WILLIAMS

AKW ENTERPRISES, LLC,

    Plaintiff,

v.

SHOW CIGARS, INC., *et al.*,

    Defendants.

_____/

## REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE
## (LETTER ROGATORY)

The United States District Court for the Southern District of Florida ("**Requesting Court**") presents its compliments to the appropriate judicial authority of the Dominican Republic and requests international judicial assistance for service of process of the Complaint and Summons upon Defendants Emilio Alcedo Reyes and Marlon Ivan Reyes Estevez in relation to the civil proceeding before this Court in the above-captioned matter.

### I. REQUEST

This Court requests the assistance for service of process as necessary in the interest of justice.

The assistance requested is that the Appropriate Judicial Authority of the Dominican Republic serve with process Defendants Emilio Alcedo Reyes Vargas and Marlon Ivan Reyes Estevez, to be found at the addresses below:

| Emilio Alcedo Reyes Vargas | Calle Santa Ana No. 28<br>Navarrete<br>Santiago, Dominican Republic |
|---|---|

|  | -OR-<br><br>Zona Franca Especial de La Paloma<br>Calle Los Lindanos<br>Las Palomas, Licey<br>Santiago, Dominican Republic |
|---|---|
| Marlon Ivan Reyes Estevez | Calle Santa Ana No. 28<br>Navarrete<br>Santiago, Dominican Republic<br><br>-OR-<br><br>Zona Franca Especial de La Paloma<br>Calle Los Lindanos<br>Las Palomas, Licey<br>Santiago, Dominican Republic |

### A. *Nature of the proceeding for which judicial assistance is requested.*

This is a civil lawsuit in which Plaintiff seeks to hold accountable an alleged group of cigar market participants for purported schemes to evade payment of millions of dollars in various fees and duties owed to the United States of America related to imported cigars.

## II. RECIPROCITY

The United States District Court for the Southern District of Florida, Miami Division, United States of America, is willing to provide similar assistance regarding service of process to the judicial authorities of the Dominican Republic.

## III. REIMBURSEMENT FOR COSTS

Plaintiff is willing to reimburse the Dominican Republic for all costs incurred in executing this request.

This letter Rogatory is signed and sealed by Order of the Court made on the date set forth below.

**SIGNED** in Chambers in Miami, Florida, this <u>26th</u> day of May, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI, FLORIDA
UNITED STATES OF AMERICA