UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* AKW ENTERPRISES, LLC., <br><br> *Plaintiff,* <br><br> v. <br><br> SHOW CIGARS INC., FADI ZAHRAN, SALMA ZAHRAN, ABDALLAH NADA, J & D ENTERPRISES INC., MECCA ENTERPRISES INC., L A TOBACCO INC., LPR TOBACCO IMPORTERS INC., RAO TOBACCO IMPORTS INC., FLORIDA IMPORT EXPORT SERVICES INC., PARAMOUNT IMPORTS LLC, PRESTIGE TOBACCO INC., SOUTH FLORIDA IMPORT & EXPORT CORP., L.J. IMPORTS LLC, LAZARA ORS, ROGER ORS, ROLY ORS, ABIEL ORS, LUCIA VALDIVIA ARCILA, GADIEL GOMEZ, MICHAEL GARCIA, JOSE LUIS CANO, JOSE CARLOS GONZALEZ, DANIEL SINCLAIR JR., DAVID CLEMENT, LISA HARPER, DURFORT HOLDINGS S.A., EMILIO ALCEDO REYES VARGAS, MARLON IVAN REYES ESTEVEZ, EMIMAR S.A., PLATAFORMA ARCOIRIS S.A., AND JOHN DOES 1-20, <br><br> *Defendants.* | Civil Action No.: <br><br> 20-cv-24201 <br><br><br> **Motion for Additional Time to File Notices of Dismissal Without Prejudice** |

Plaintiff-Relator AKW Enterprises, LLC brings this motion under Rule 6 for an extension of time to file Notices of Dismissal Without Prejudice as to certain Defendants.

1

**I.      Introduction**

On behalf of the United States, Relator AKW seeks to hold accountable a cabal of cigar market participants for their several schemes to evade payment of millions of dollars in various fees and duties owed to the Government related to billions of cigars improperly imported into this country.

As described in the Complaint, at least one of the schemes employed by Defendants requires the interjection of sham importer entities which are designed to operate for roughly one year and then cease business and retain no assets. In an effort to simplify this case, Relator does not intend to pursue all of those sham importers and intends to voluntarily dismiss without prejudice most those sham importer Defendants from this action. On May 24, 2023, the Court Ordered Relator to file notices of voluntary dismissal as to those Defendants "with written consent of the United States if required, on or before May 30, 2023." (Dkt. no. 53).

**II.     Request for Additional Time**

Relator's counsel has engaged with the Government's counsel and anticipates filing appropriate notices of dismissal without prejudice by May 30, 2023. We understand the Government is seeking the required approval to consent to dismissal without prejudice of these Defendants without prejudice to the United States. However, upon conferral with the Government, Relator understands that, in light of the intervening holiday weekend, the Government may not be able to obtain the required authorization to provide written consent by May 30, 2023. Relator further understands that the Government is endeavoring to obtain the necessary authorization as soon as possible and that a brief extension of seven days, or up to and including June 6, 2023, would give the United States sufficient time to secure those approvals.

Therefore, Relator respectfully requests a brief extension of 7 days to obtain the written consent of the United States to the dismissal without prejudice of any Defendants.

### III.     Conclusion

For all of the foregoing reasons, AKW respectfully requests a 7-day extension of time to obtain the written consent of the United States for the dismissal without prejudice of certain Defendants.

By *Jonathan Kroner*

Jonathan Kroner
Fla. Bar 328677
6001 N Ocean Dr., Ste. 806
Hollywood, FL 33019-4617
(305) 310-6046
jk@FloridaFalseClaim.com

Darth M. Newman
*Pro Hac Vice*
The Law Offices of Darth M. Newman LLC
darth@dnewmanlaw.com
1140 Thorn Run Rd, #601
Coraopolis, PA 15108
(412) 436-3443

*Counsel for Plaintiff Relator*