UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* AKW ENTERPRISES, LLC., <br><br> *Plaintiff,* <br><br> v. <br><br> SHOW CIGARS INC., FADI ZAHRAN, SALMA ZAHRAN, ABDALLAH NADA, J & D ENTERPRISES INC., MECCA ENTERPRISES INC., L A TOBACCO INC., LPR TOBACCO IMPORTERS INC., RAO TOBACCO IMPORTS INC., FLORIDA IMPORT EXPORT SERVICES INC., PARAMOUNT IMPORTS LLC, PRESTIGE TOBACCO INC., SOUTH FLORIDA IMPORT & EXPORT CORP., L.J. IMPORTS LLC, LAZARA ORS, ROGER ORS, ROLY ORS, ABIEL ORS, LUCIA VALDIVIA ARCILA, GADIEL GOMEZ, MICHAEL GARCIA, JOSE LUIS CANO, JOSE CARLOS GONZALEZ, DANIEL SINCLAIR JR., DAVID CLEMENT, LISA HARPER, DURFORT HOLDINGS S.A., EMILIO ALCEDO REYES VARGAS, MARLON IVAN REYES ESTEVEZ, EMIMAR S.A., PLATAFORMA ARCOIRIS S.A., AND JOHN DOES 1-20, <br><br> *Defendants.* | Case No.: 20-cv-24201 <br><br> **Motion for Replacement Letters Rogatory** |

Plaintiff-Relator AKW Enterprises, LLC brings this motion for the issuance of replacement Letters Rogatory.

On May 26, 2023, this Court issued Letters Rogatory related to Defendants Durfort Holdings S.A., Emimar S.A., Plataforma Arcoiris S.A., Emilio Alcedo Reyes Vargas, and Marlon Ivan Reyes Estevez. (DE 55). In order to attempt service on Defendants Durfort Holdings S.A., Emimar S.A., and Plataforma Arcoiris S.A. in Panama, Relator must follow the Inter-American Convention which requires corresponding through each nation's "Central Authority."

1

Upon consultation with the United States Central Authority, ABC Legal Services, participants in the Inter-American Convention, like Panama, require that Letters Rogatory be on form USM-272. That form must be signed *and sealed or stamped* by the Court on pages 2 and 5. The Letters Rogatory issued by this Court were signed only on page 5 and did not include any visible seal or stamp.

In addition, Letters Rogatory are often rejected by foreign Central Authorities when no original copy is sent. The Letters Rogatory issued by the Court were filed on CM/ECF and are not "originals" as that term is most often interpreted by foreign Central Authorities as wet ink signed and stamped or embossed copies.

For these reasons, Relator respectfully requests that the Court reissue the attached Letters Rogatory including signatures and stamps or seals on pages 2 and 5 of each.[1] Relator further respectfully requests that the Court direct the Clerk to mail the original copies of each to Relator's Counsel so that service may be attempted through the Inter-American Convention with the highest possibility of success.

*Jonathan Kroner*

Jonathan Kroner
Law Office Jonathan Kroner
6001 N Ocean Dr. Ste 806
Hollywood, FL 33019-4617
(305) 310-6046
jk@FloridaFalseClaim.com

Darth M. Newman
*Pro Hac Vice*
The Law Offices of Darth M. Newman LLC
darth@dnewmanlaw.com
1140 Thorn Run Rd, #601
Coraopolis, PA 15108
(412) 436-3443

*Counsel for Plaintiff Relator*

---

[1] Stamps or seals placed by the Clerk of Court should also pass muster with the foreign Central Authority.