AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| United States of America, ex. rel. AKW Enterprises | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 20-24201-cv-WILLIAMS/DAMIAN |
| Show Cigars, Inc., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Daniel Sinclair, Jr., David Clement, Lisa Harper and Dufort Holdings, S.A., a/k/a Durfort Holdings, S. DE R .

Date: 08/29/2023

s/ Tino M. Lisella
*Attorney's signature*

Tino M. Lisella (FBN 44510)
*Printed name and bar number*

Carlton Fields
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL 33401
*Address*

tlisella@carltonfields.com
*E-mail address*

(561) 659-7070
*Telephone number*

(561) 659-7368
*FAX number*