UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 20-24201-CV-WILLIAMS

UNITED STATES OF AMERICA, *ex rel.*
AKW ENTERPRISES, LLC,

    Plaintiff-Relator,

vs.

SHOW CIGARS, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Plaintiff-Relator AKW Enterprises, LLC's Second Supplemental Motion to its Motion for Replacement Letters Rogatory (DE 99) ("***Motion***"). In the Motion, Plaintiff-Relator requests the Court issue letters rogatory on five (5) Defendants—Durfort Holdings S.A.; Emimar S.A.; Plataforma Arcoiris S.A.; Emilio Alcedo Reyes Vargas; and Marlon Ivan Reyes Estevez.

Upon review of the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** that the Motion is **GRANTED** as follows:

1. The Court hereby issues, signs, and affixes the judicial seal on a Request for International Judicial Assistance (Letter Rogatory) for service, in the Dominican Republic, upon Defendants Emilio Alcedo Reyes Vargas and Marlon Ivan Reyes Estevez;

2. The Clerk of Court is directed to mail the Request for International Judicial Assistance (Letter Rogatory) to Plaintiff-Relator's counsel Justin J. Serianni

(*pro hac vice*) at Kang Haggerty, 123 South Broad Street, Suite 1670, Philadelphia, Pennsylvania, 19109, USA;

3. The Court hereby issues the English-language Form USM-272 Letters Rogatory for Defendants Durfort Holdings S.A.; Emimar S.A.; Plataforma Arcoiris S.A.;

4. The Court hereby issues the certified, Spanish-language USM-272 Letters Rogatory for Defendants Durfort Holdings S.A.; Emimar S.A.; Plataforma Arcoiris S.A.;

5. The Clerk of Court is directed to mail the English-language Form USM-272 Letters Rogatory, and the certified, Spanish-language USM-272 Letters Rogatory for Defendants Durfort Holdings S.A.; Emimar S.A.; Plataforma Arcoiris S.A. to Plaintiff-Relator's counsel Justin J. Serianni (*pro hac vice*) at Kang Haggerty, 123 South Broad Street, Suite 1670, Philadelphia, Pennsylvania, 19109, USA;

6. The Clerk of Court is directed to authenticate and mail the Summons issued to Defendants Durfort Holdings S.A. (DE 37); Emimar S.A. (DE 39); Plataforma Arcoiris S.A. (DE 39); Emilio Alcedo Reyes Vargas (DE 41); and Marlon Ivan Reyes Estevez (DE 39) to Plaintiff-Relator's counsel Justin J. Serianni (*pro hac vice*) at Kang Haggerty, 123 South Broad Street, Suite 1670, Philadelphia, Pennsylvania, 19109, USA;

7. The Clerk of Court is directed to authenticate and mail five (5) copies of the Complaint (DE 1) and this Order to Plaintiff-Relator's counsel Justin J.

  Serianni (*pro hac vice*) at Kang Haggerty, 123 South Broad Street, Suite 1670, Philadelphia, Pennsylvania, 19109, USA; and

8. Plaintiff-Relator is on notice that this is the Court's **final** issuance of Letters Rogatory in this matter.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 6th day of October, 2023.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE