UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-24201-KMW

UNITES STATES OF AMERICA,
    Plaintiff,
vs.

LAZARA ORS,
    Defendant,
_____/

## NOTICE OF CHANGE OF ADDRESS

Attorney Arturo V. Hernandez hereby files this Notice of Change of Change in the above captioned case. All future pleadings, memoranda, correspondence, orders, etc., shall be sent to:

**Arturo V. Hernandez, P.A.**
**2655 South Le Jeune Road, Suite #500**
**Coral Gables, FL 33134**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this  23rd  day of October, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

    Respectfully submitted,

By:    */s/ Arturo V. Hernández*
    ARTURO V. HERNANDEZ, P.A.
    Florida Bar No.: 324078
    Courthouse Center
    40 N.W. 3rd Street, Suite 200
    Maimi, FL  33128
    Tel: 305-579-4850
    E-mail:  avhlawpa@gmail.com